FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2015 MAR 27 P 1:42

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) DOCKET NO. 1:15-mj- 181 |
| DAVID T. COOLIDGE | ) |
| | ) INITIAL APPEARANCE: May 18, 2015 |
| | ) |

CRIMINAL INFORMATION
Misdemeanor – 4843004

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 9, 2015, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVID T. COOLIDGE, did unlawfully, knowingly and willfully fail to stop, when approaching, from any direction, any school bus which was stopped on a highway for the purpose of taking on or discharging children, the elderly, or mentally or physically handicapped persons, and to remain stopped until all such persons are clear of the highway or school driveway and the bus is put in motion.

(In violation of Title 18, United States Code, Section 13, assimilating Section 46.2-859, Code of Virginia 1950, as amended.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
James S. Kim
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)805-4390
james.s.kim22.mil@mail.mil

Fort Belvoir, VA

Date March 24, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2015, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to David T. Coolidge at his address of record.

Karen L. Shaner
Administrative Assistant